**No. 10-5002. Anthony Foster, aka Daymion Johnson, Petitioner v. United States.**

562 U.S. 1065, 131 S. Ct. 639, 178 L. Ed. 2d 484, 2010 U.S. LEXIS 9431.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 376 Fed. Appx. 1.